UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

ORLANDO LOPEZ,                                         :
          Plaintiff                               :
                                                                     :
        v.                                                      :   No. 5:24-cv-1750
                                                                     :
STATE FARM MUTUAL AUTOMOBILE        :
INSURANCE COMPANY,                             :
          Defendant                             :
_____

# O R D E R

**AND NOW**, this 6th day of June, 2024, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. The Motion to Dismiss, *see* ECF No. 6, is **GRANTED**;

    a. Count I is **DISMISSED without prejudice**;

    b. **Within twenty (20) days of the date of this Order**, Plaintiff may file an amended complaint as to Count I;

2. If Plaintiff fails to timely file an amended complaint, Count I will be dismissed with prejudice and the matter will proceed on Count II only.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge